UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVE MATTISON,
      Petitioner,

vs.                                            Case No.: 5:14cv276/RS/EMT

STATE OF FLORIDA,
      Respondent.
_____/

### REPORT AND RECOMMENDATION

This cause is before the court on Petitioner's petition for writ of habeas corpus and supporting memorandum, filed under 28 U.S.C. § 2254 (docs. 1, 2).  He also filed a motion to proceed in forma pauperis (doc. 3).  The petition is identical to the petition filed in Mattison v. State of Florida, Case Number 5:14cv227/RV/CJK, and appears to be the service copy which the court directed Petitioner to provide in that case.  *See* Mattison v. State of Florida, Case No. 5:14cv227/RV/CJK, Order (N.D. Fla. Sept. 16, 2014).  As Petitioner's earlier-dated petition has been filed and is pending, the instant action should be dismissed as duplicative.

Accordingly it is respectfully **RECOMMENDED**:

1.      That this case be **DISMISSED** as duplicative of Mattison v. State of Florida, Case Number 5:14cv227/RV/CJK.

2.      That the clerk be directed to close this file.

At Pensacola, Florida this 12th day of November 2014.


/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

  **Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**