IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVE MATTISON,

       Petitioner,

v.                                          CASE NO. 5:14-cv-276-RS-EMT

STATE OF FLORIDA,

       Respondent.
_____/

## ORDER

Before me is the November 12, 2014, Magistrate Judge's Report and Recommendation (Doc. 6). To date, no objections have been filed. I have reviewed the report *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED** as duplicative of Mattison v. State of Florida, Case Number 5:14-cv-227-RV-CJK.

3. The Clerk is directed to close this file.

**ORDERED** on December 11, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**